**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ALONZO HAMPTON**
**ADC #137559** **PLAINTIFF**

**v.** **No. 4:26-cv-589-DPM**

**DEXTER PAYNE, Director, ADC; JARED BYERS, Head Warden, Varner Unit, ADC; CARL LEWIS, Deputy Warden, Varner Unit, ADC; MADDEN, Building Major, Varner Unit, ADC; CHRISTOPHER SHERRILL, Hoe Squad Field Captain, Varner Unit, ADC; and DOES, Classification Officers, Mental Health Staff, Varner Unit, ADC** **DEFENDANTS**

**ORDER**

**1.** The Court withdraws the reference.

**2.** Hampton hasn't paid the $405 filing and administrative fees or filed a complete application to proceed *in forma pauperis;* and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

DPMarshall Jr.

D.P. Marshall Jr.
United States District Judge

31 July 2026