**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ALONZO HAMPTON**
**ADC #137559** **PLAINTIFF**

**v.** **No. 4:26-cv-589-DPM**

**DEXTER PAYNE, Director, ADC; JARED BYERS, Head Warden, Varner Unit, ADC; CARL LEWIS, Deputy Warden, Varner Unit, ADC; MADDEN, Building Major, Varner Unit, ADC; CHRISTOPHER SHERRILL, Hoe Squad Field Captain, Varner Unit, ADC; and DOES, Classification Officers, Mental Health Staff, Varner Unit, ADC** **DEFENDANTS**

# JUDGMENT

Hampton's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

31 July 2026